167 So. 335

## Hugh BUSH v. STATE.

4 Div. 876.

Supreme Court of Alabama.

April 9, 1936.

Winn & Winn, of Clayton, for petitioner.
A. A. Carmichael, Atty. Gen., for the State.

GARDNER, Justice.

Petition of Hugh Bush for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bush v. State, 167 So. 335.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.